UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE MEJIA, INDIVIDUALLY, AND ON
BEHALF OF ALL OTHERS SIMILARLY
SITUATED,

        Plaintiff,

- against -

GREEN PARK SNACKS, INC.,

        Defendant.

22-cv-2524 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The deadline for the defendant to answer the complaint was April 28, 2022. The deadline for the defendant to answer is extended to July 19, 2022. If the defendant does not answer by that date, then a default judgment may be entered against the defendant. The conference scheduled for July 14, 2022 is **canceled**.

SO ORDERED.

Dated:    New York, New York
           July 5, 2022

                                          /s/ John G. Koeltl
                                          John G. Koeltl
                                       United States District Judge